MLQ Attorney Services  
2000 Riveredge Parkway, Suite 885  
Atlanta , GA30328  
800-446-8794 or 770-984-7007  
www.mlqattorneyservices.com  

Invoice No: 521040  

Date: 09/09/2016  

Our Tax ID#: **58-2428431**

Christian Sotomayor  
The Sotomayor Firm, P.C.  
1900 Turner McCall Blvd SW  

Rome, GA30161  

## INVOICE FOR SERVICE

Firm ID:15893  
Firm Name:The Sotomayor Firm, P.C.  
Client Matter No:  
Servee: The Music Collective . LLC c/o Matthew Chenoweth  
Date Completed: 09/02/2016  
BENJAMIN FOREHAND v. MATTHEW CHENOWETH  

| | | |
|---|---|---:|
| Service of Process, 1st Attempt Zone A | 09/01/16 @ 4:05 pm - 676 N Highland Ave, Atlanta, GA 30306 | $65.00 |
| Service of Process, 2nd Attempt Zone A | 09/02/16 @ 12:22 pm - Served The Music Collective, LLC | $0.00 |
| **TOTAL CHARGES:** | | **$65.00** |
| **BALANCE:** | | **$65.00** |

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or 18% per annum PLEASE PAY FROM THIS INVOICE.



1