IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BENJAMIN FOREHAND, )<br>)<br>　　Plaintiff, )<br>)<br>v. )<br>)<br>MATTHEW CHENOWETH, )<br>MARK DANNELLS, )<br>THE MUSIC COLLECTIVE, LLC, )<br>D/B/A BOUTIQUE GUITAR )<br>EXCHANGE, )<br>)<br>　　Defendants. ) | CIVIL ACTION<br>NO.: 1:16-CV-02612-AJB |

## **ORDER**

This matter is before the Court on the Parties' Joint Motion for Approval of Defendants' Offer of Judgment ("Joint Motion") filed on January 9, 2017. Upon review of the Defendants' Offer of Judgment and Plaintiff's acceptance, the Court finds that the amount to be paid by Defendants to Plaintiff is a fair and reasonable resolution of the disputes presented in Plaintiff's Complaint, First Amended Complaint, and Defendants' Answer, Affirmative Defenses, and Counterclaim. Therefore, it is **ORDERED, HELD, and ADJUDGED** that:

1. The Parties' Joint Motion is **GRANTED**.

1

2. The Defendants' Offer of Judgment and Plaintiff's acceptance is **APPROVED.**

3. The instant case, including all claims and counterclaims, is **DISMISSED WITH PREJUDICE**.

4. This Court retains jurisdiction to enforce the terms of Defendants' Offer of Judgment upon motion of either party.

IT IS SO ORDERED, this 12th day of January, 2017.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE